UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                 CIVIL ACTION NO.: 13-14864

KATRINA L. JACKSON                     HONORABLE: GEORGE CARAM STEEH
a/k/a KATRINA L. SCOTT,

        Defendant,
and

**U.S. POSTAL SERVICE**

        Garnishee.
_____/

### ORDER REGARDING GARNISHMENT OF U.S. POSTAL SERVICE

Plaintiff, the United States of America having filed and served its garnishment against Garnishee, U.S. POSTAL SERVICE as to defendant, KATRINA L. JACKSON; a hearing held on June 23, 2014 and the court adequately advised:

    **IT IS HEREBY ORDERED that:**

1. KATRINA L. JACKSON shall remit to: U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363, $50.00 dollars per month ($25.00 per pay period) starting July 2, 2014 until the balance owed on the Judgment is paid in full.

2. The garnishment issued against the principal defendant, KATRINA L. JACKSON, Social Security number XXX-XX-3026 is withdrawn, and Garnishee is released from further liability in connection with this garnishment.

3. If any payment of $50.00 dollars per month ($25.00 per pay period) is missed with a 10 day grace period the United States of America shall be allowed to commence garnishment proceedings without further notice.

4. Should payment be missed and garnishments commence there shall be no further payment arrangements unless agreed to by the United States of America.

                                                       s/George Caram Steeh
                                                       UNITED STATES DISTRICT JUDGE

Dated: June 25, 2014